UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:

CLUB VILLAGES, LLC AS ASSIGNEE OF
GOLD COAST REALTY INVESTORS, LLC,

    PLAINTIFF,

V.

WESTCHESTER SURPLUS LINES INSURANCE
COMPANY,

    DEFENDANT.
_____/

### DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("WSLIC"), a foreign corporation, hereby files this Notice of Removal of Civil Action, and states:

1. Defendant is a property insurer that issued a policy of insurance to GOLD COAST REALTY INVESTORS, LLC, who subsequently assigned its claim rights to Plaintiff, CLUB VILLAGES, LLC, and has been named Defendant in a civil action, which was filed by Plaintiff on October 21, 2010, in the 15th Judicial Circuit of the State of Florida for Palm Beach County, case number 502010CA026617XXXX MB, styled as GOLD COAST REALTY INVESTORS, LLC as assignee of CLUB VILLAGES, LLC, v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY. Said Complaint is attached hereto as **Exhibit "A"**.

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and which the Defendant is entitled to remove to this

Court based upon diversity of citizenship as Plaintiff is a Florida Limited Liability Company whose sole member, Frederick DeFalco, is a resident of Florida and Defendant is a Georgia corporation with its principal place of business at 500 Colonial Center Parkway, Suite 200, Roswell, Georgia. See, Affidavit in Support of Removal by Gregory Crocker attached hereto as **Exhibit "B"**.

3. These jurisdictional facts were true at the time of filing Plaintiff's complaint and are true at the time of removal.

4. According to the return of service in the court file, service of process was effectuated on Defendant through the Chief Financial Officer of the State of Florida pursuant to Florida Statutes Section 48.151 on October 27, 2010. A copy of the Civil Action Summons is annexed hereto as **Exhibit "C"**.

5. The underlying damages exceed the jurisdictional requirement of $75,000.00. Specifically, Plaintiff has claimed damages in the amount of $1,186,670.93, pursuant to its executed Sworn Statement in Proof of Loss, dated April 23, 2010. Copies of the Sworn Statements in Proof of Loss are attached hereto as **Exhibit "D"**.

6. The following constitutes all of the process, pleadings and orders filed in this action:

   a) Plaintiff's Complaint and Demand for Jury Trial

   b) Civil Action Summons

   c) Notice of Service of Process

   d) Notice to State Court

A copy of the Plaintiff's Complaint and Demand for Jury Trial has been annexed as Exhibit "A", a copy of the Civil Action Summons has been annexed as Exhibit "C", and a copy of the Notice of Service of Process is annexed hereto as **Exhibit "E"**. A copy of the Notice to State Court is attached hereto as **Exhibit "F"**.

7. This Notice of Removal is being filed within thirty (30) days of being served with Plaintiff's initiating pleading.

**WHEREFORE**, Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a foreign corporation, respectfully requests that the above-referenced action pending in the Circuit Court in and for Palm Beach County, Case No.: 50 2010 CA 026617 XXXXMB, be removed from that court to the United States District Court for the Southern District of Florida's West Palm Beach Division.

DATED this 16th day of November, 2010.

Respectfully Submitted,

**BERK, MERCHANT & SIMS, PLC**

/S/ **MELANIE GRANT**
William S. Berk
Florida Bar No.: 349828
wberk@berklawfirm.com
Melanie L. Grant
Florida Bar No.: 31354
mgrant@berklawfirm.com
2100 Ponce De Leon Blvd., Penthouse 1
Coral Gables, Florida 33134
Telephone:   (786) 338-2879
Facsimile:   (786) 364-7391

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>VIA FACSIMILE & U.S. MAIL</u>:
Craig Kubiak, Esq.
Merlin Law Group
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone:   (813) 229-1000 xt.232
Facsimile:     (813) 229-3692
*Counsel for Plaintiff*

/s/ **MELANIE GRANT**
Melanie L. Grant